UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 07-02319 JW**       **Patel v Best Western International, Inc.**

**C 07-02351 JF**        **Mahroom, et al v. Best Western International, Inc.**

**The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.   \_\_\_\_JW\_\_\_\_**

**ORDER**

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Dated:   Feb. 15, 2008                    _____*James Ware*_____
**Judge James Ware**

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: February 15, 2008  By: *Elizabeth C Garcia*
**Deputy Clerk**

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
**Entered into Assignment Program:** _____ (date)