JEFFREY M. HAMERLING (CA Bar No. 91532)
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA  94107-1957
Telephone (415) 836-2500
Facsimile (415) 836-2501

CYNTHIA A. RICKETTS (pro hac vice)
cindy.ricketts@dlapiper.com
SHANE D. GOSDIS (pro hac vice)
shane.gosdis@dlapiper.com
DLA PIPER US LLP
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone (480) 606-5100
Facsimile (480) 606-5101

Attorneys for Plaintiff
Best Western International, Inc.

Mitchell J. Kassoff, Esq.
Two Foster Court
South Orange, NJ  07079-1002
Telephone (973) 762-1776
Facsimile (973) 762-1811

Attorneys for Defendant
Manuben Patel

IT IS SO ORDERED
AS MODIFIED

*James Ware* (signature)

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Manuben Patel d/b/a Best Western Torch-Lite Inn,<br><br>    Plaintiff,<br><br>    v.<br><br>Best Western International, Inc., an Arizona Non-Profit Corporation,<br><br>    Defendant. | CASE NO.  C 07-02319 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE REQUEST FOR CONTINUANCE OF HEARING DATE FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE** |

It is hereby stipulated by and between the Parties through their respective attorneys of record that:

1.     The Parties request that the Court continue the currently scheduled hearing on cross motions for summary judgment on the "franchise issue" from July 7, 2008 to August 11, 2008 or a date thereafter chosen by the Court.  The Parties' opening briefs shall be due on July 14, 2008 and reply briefs on July 28, 2008.

DLA PIPER US LLP
SAN FRANCISCO

-1-

WEST\21417533.1     STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING DATE
FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE -- CASE C 07-02319 JW

1      2.     The reason for the request is that the Parties have been engaged in serious

2  settlement discussions and believe they have an agreement in principle.  The Parties are

3  currently attempting to document and execute appropriate settlement documents.

5  RESPECTFULLY SUBMITTED this 30th day of May, 2008.

7  Dated:  May 30 2008                         /s/

Jeffery M. Hamerling
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Telephone (415) 836-2500
Facsimile (415) 836-2501

Attorneys for Plaintiff
Best Western International, Inc.

Dated:  May 30, 2008                       /s/

Mitchell J. Kassoff, Esq.
Two Foster Court
South Orange, New Jersey 07079-1002
(973) 762-1776
(973) 762-1811 (fax)

Attorneys for Defendant Manuben Patel

**\*\*\* ORDER \*\*\***

Pursuant to the parties' representations, the Court continues the hearing on the anticipated cross-motions for summary judgment currently scheduled for July 7, 2008 to accommodate the parties' settlement efforts.  The Court sets **September 8, 2008 at 9 a.m.** as the new hearing date. The parties shall adhere to the following briefing schedule:

(1) Cross-Motions for Summary Judgment shall be filed on or before **August 4, 2008**;
(2) All oppositions shall be filed on or before **August 18, 2008**;
(3) All replies shall be filed on or before **August 25, 2008**.

Dated:  June 9, 2008

JAMES WARE
United States District Judge

DLA PIPER US LLP
SAN FRANCISCO

WEST\21417533.1         STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF HEARING DATE
FOR SUMMARY JUDGMENT AND BRIEFING SCHEDULE – CASE C 07-02319 JW