```
JEFFREY M. HAMERLING (California Bar          Reid P. Schantz, Esq.
No. 91532)                                    133 Mission Street
jeffrey.hamerling@dlapiper.com                Suite 230
DLA PIPER US LLP                              Santa Cruz, CA 95060-3747
153 Townsend Street, Suite 800                Telephone (831) 425-1986
San Francisco, CA 94107-1957                  Facsimile (831) 425-1975
Telephone (415) 836-2500
Facsimile (415) 836-2501                      Attorneys for Defendant
                                              Manuben Patel
CYNTHIA A. RICKETTS (pro hac vice)
cindy.ricketts@dlapiper.com
SHANE D. GOSDIS (pro hac vice)
shane.gosdis@dlapiper.com
DLA PIPER US LLP
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone (480) 606-5100
Facsimile (480) 606-5101

Attorneys for Plaintiff
Best Western International, Inc.
```

**IT IS SO ORDERED AS MODIFIED**
/s/ James Ware
Judge James Ware
7/25/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Manuben Patel d/b/a Best Western Torch-Lite Inn,<br><br>Plaintiff,<br><br>v.<br><br>Best Western International, Inc., an Arizona Non-Profit Corporation,<br><br>Defendant. | CASE NO. C 07-02319 JW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~PROPOSED ORDER~~ FRCP 41(A)<br><br>*[Assigned to Honorable James Ware]* |

Manuben Patel, Plaintiff, and Best Western International, Inc., Defendant through their designated counsel, stipulate as follows:

1.  The parties have entered a Settlement Agreement pursuant to which the parties agree that this entire action shall be, and hereby is, dismissed, with prejudice pursuant to FRCP 41(a)(1).

-1-

2. Each party agrees to bear her/its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 15 day of July, 2008.

s/
Jeffery M. Hamerling
jeffrey.hamerling@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Telephone (415) 836-2500
Facsimile (415) 836-2501

Cynthia A. Ricketts
Shane D. Gosdis
DLA Piper US LLP
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: 480.606.5100
Fax: 480.606.5101

Attorneys for Plaintiff
Best Western International, Inc.

Reid P. Schantz, Esq.
133 Mission Street
Suite 230
Santa Cruz, CA 95060-3747
Telephone (831) 425-1986
Facsimile (831) 425-1975

Attorneys for Defendant Manuben Patel

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: July 25, 2008

United States District Judge

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE
AND PROPOSED ORDER FRCP 41(A) – CASE NO. C 07-02319 JW